JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA GILMARTIN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE LIFE INSURANCE COMPANY; and DOES 1 through 50,<br><br>　　　　　　　　Defendants. | Case No. 2:21-cv-01279-MWF (AGRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY STIPULATED that the above-referenced action shall be dismissed in its entirety, with prejudice, as to all parties. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  February 3, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

i